Nash, J.
 

 This is a case agreed, and we are required upon the facts, to draw such a conclusion as a jury would. The case states that the sum of four hundred and thirty-four dollars and ninety-four cents, paid to Jesse L. Pool, consisted of principal and interest, up to the time of the payment by the Clerk. It is not stated what sum the Master did collect, nor when. But it is clear the money was in the office at the Spring Term 1S39, or before, and the payment to Pool, was on the 5th of September following, and the interest was calculated up to that time. If so, it must have been upon the ground, that the defendant had used the money, for if he had kept it in the office, no interest would be due. The defendant then, had departed from his duty in two particulars, first in using the money so as to make him chargeable with interest, and secondly, in paying to Jesse L. Pool, without any authority from the Court.
 

 We concur with his Honor, that the defendant is justly chargeable with interest on the sum paid to Jesse L. Pool.
 

 Per Curiam. Judgment affirmed.